UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CYNTHIA SMITH,

Plaintiff,

v.                                                    No. 4:26-cv-00247-P

GM FINANCIAL,

Defendant.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF No. 10, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 10, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Complaint is **DISMISSED** for lack of prosecution, **without prejudice** to being refiled. It is also **ORDERED** that Plaintiff's Motions for Leave to Proceed IFP, ECF Nos. 8, 9, 11, are **DENIED** for failure to file a proper IFP application and follow the Court's instructions therein.

**SO ORDERED** on this **27th day of July 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE